IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-2809-AP

**STEPHEN WARE**

    Plaintiff,

v.

**CAROLYN W. COLVIN**, acting Commissioner of Social Security,

    Defendant.

## ORDER

This matter is currently before me on Plaintiff's Unopposed Motion to Dismiss (Doc. 19).  Having reviewed the motion, and finding good cause for the requested relief, the motion is GRANTED.  It is ORDERED that the above matter is dismissed, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 31, 2015        BY THE COURT:

                                          *s/John L. Kane*
                                          Senior U.S. District Court Judge